| | | | |
|---|---|---|---|
| AUSA: | Terrence Haugabook | Telephone: | (313) 226-9100 |
| Special Agent: | Troy Williams | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
  v.

Deniro Washington

Case No.

Case: 2:26−mj−30167
Assigned To : Unassigned
Assign. Date : 3/30/2026
Description: CMP− USA V.
WASHINGTON (CS)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 30, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Troy Williams, Special Agent-ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ March 30, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Troy Williams, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearm and Explosives (ATF) and have been since March 2022. I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have a bachelor's degree in criminal justice.

2.      Prior to becoming a Special Agent with the ATF, I was employed with the Detroit Police Department (DPD) for approximately five years as a police officer before becoming a sergeant. During my employment with DPD, I was assigned to multiple specialized units including but not limited to the ATF Task Force. As an ATF task force officer, I investigated criminal violations relating to firearms, firearms trafficking, criminal street gangs and controlled substances both as a case agent and assisting officer.

3.      This affidavit is comprised of information based on my personal knowledge and information provided by other law enforcement officers. I have not included each and every fact known to me concerning this investigation; rather, I have set forth only the facts necessary to establish probable cause.

1

4.      The information outlined below is for the limited purpose of establishing probable cause that Deniro WASHINGTON (XX/XX/2002), has violated 18 U.S.C. § 922(g)(1) – possession of a firearm/ammunition by a convicted felon.

**<u>PROBABLE CAUSE</u>**

5.      In November 2025, ATF identified the Instagram (IG) account user ID "cheezethe_threat", as being associated to WASHINGTON. In the following months, agents reviewed "stories" (short videos or images that can be posted to an IG user's account and displayed publicly or to the user's followers in a private account), and other images and videos posted by IG User ID "cheezethe_threat", that depict WASHINGTON in possession of suspected firearms, indicating multiple possible violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

6.      Specifically, February 18, 2026, at approximately 9:16 am, I reviewed, and screen recorded an IG video posted to IG account "cheezethe_threat". The IG video was posted to IG account "cheezethe_threat" on February 18, 2026, and depicted a black male, believed to be WASHINGTON, holding two (2) suspected handguns – one in each hand. WASHINGTON is wearing a black hooded sweatshirt with orange lettering that reads "Tom Jerry", along with blue jeans. WASHINGTON also appeared to be wearing a marijuana themed gas mask. The image is captioned "Jack Jorge ***three emojis***…lets get this shit going." Underneath the caption

is an additional comment made by "cheezethe_threat", that reads "You never had a gun how you posting with a blick" (see screen captured image below, titled image 1). I also observed in the aforementioned IG image, that the suspected firearm in WASHINGTON's right hand featured a tan silicone grip affixed to the handle, as well as an extended magazine, as annotated in image 1.

Image 1



7.      Additionally, on March 1, 2026, at approximately 1:10 pm, during the course of surveillance, I observed WASHINGTON exit 120█ Littlefield, Detroit, MI (Subject Premises) along with an unidentified male. I then observed WASHINGTON in possession of a suspected handgun, as annotated in image 2. I observed WASHINGTON stand on the porch momentarily before placing the

3

suspected handgun in his pocket and walk out of view. Approximately one (1) minute later, I observed WASHINGTON and the unidentified individual return and enter the Subject Premises.

Image 2



Annotated to display the suspected firearm in WASHINGTON's right hand

8.      On March 23, 2026, Federal Magistrate Judge Honorable Kimberly Altman, of the Eastern District of Michigan, authorized sealed federal search warrant 26-5XXXX-03 pertaining to 120█ Littlefield Street, Detroit, MI 48227, ("Subject Premises"), which authorized the seizure of firearms.

9.      On March 30, 2026, at approximately 6:01 am ATF, along with other law enforcement personnel, executed a federal search warrant at the Subject Premises. Upon approach to the Subject Premises, I observed the shadow of an apparent male figure inside of the living room. Agents continued towards the residence and subsequently conducted warrant execution procedures, to include a

knock and announcement. After receiving no answer at the front door, agents breached the front door and made entry into the residence. After deeming the first floor secure, with no occupants present, agents proceeded to the second floor of the residence. On the second floor, I observed a crawl space area. I issued several verbal commands for any occupants in the crawl space to exit with their hands visible. Moments later, I observed WASHINGTON emerge from the crawl space. WASHINGTON was subsequently detained without incident. WASHINGTON was the sole individual located within the residence at the time of the warrant execution. Pursuant to the execution of the search warrant, agents conducted a search of the residence and located and seized the following items:

a. One (1) black Polymer 80 9mm handgun equipped with a tan silicone grip, loaded with a magazine that contained ten (10) assorted rounds of 9mm ammunition, as shown in image 3. The Polymer 80 9mm handgun was located on the second floor in the doorway of the crawl space in which WASHINGTON emerged from. I observed that the aforementioned firearm featured a tan silicon grip and appeared to be similar to the firearm annotated in image 1.

Image 3



b. One (1) black Anderson Manufacturing AM-15 rifle bearing serial number 24100655, loaded with one magazine that contained twelve (12) assorted rounds of .556 ammunition. The black Anderson Manufacturing AM-15 rifle, bearing serial number 24100655, was recovered from the second-floor bedroom behind loose pieces of drywall inside of a black rifle bag.

c. One (1) multicolored marijuana themed gas mask which was recovered in the second floor bedroom on a side table in the southwest corner of the bedroom and is believed to be the same gas mask depicted in image 1.

d. One (1) Bridge Card addressed to Deniro WASHINGTON recovered in the second floor bedroom on a tv stand.

10.   During a post-*Miranda* interview, WASHINGTON admitted to being a

6

convicted felon, however WASHINGTON denied being in possession of the recovered firearms.

11.     On March 30, 2026, ATF Special Agent and Firearms Interstate Nexus expert Michael Jacobs examined the black Polymer 80 9mm handgun and Anderson Manufacturing AM-15 rifle bearing serial number 24100655. Special Agent Michael Jacobs stated both firearms were manufactured outside the State of Michigan and are firearms as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

12.     On March 29, 2026, I reviewed WASHINGTON's computerized criminal history (CCH), which indicated WASHINGTON has at least one prior felony conviction. On April 16, 2024, WASHINGTON pled guilty to felony weapons – carrying concealed out of the 3rd Circuit Court in Detroit Michigan

## CONCLUSION

13.     Probable cause exists that Deniro WASHINGTON (XX/XX/2002), knowing that he had previously been convicted of a crime punishable by more than one year of imprisonment, knowingly possessed firearms, that had travelled in or affected interstate commerce in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about March 30, 2026, in the Eastern District of Michigan.

Respectfully submitted,

Troy Williams
ATF Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date:   March 30, 2026

8